No. 02–8775. MARTINELLI *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 02–8790. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8814. CAYATINETO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–8818. CREIGHTON *v.* SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 02–8823. LINTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8830. MCKINNIE *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8831. WARD *v.* AMERICAN MEDICAL SYSTEMS, INC. C. A. 4th Cir. Certiorari denied.

No. 02–8846. HOWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8850. POOLE *v.* SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 02–8859. GOMEZ-MARTINEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8860. SMITH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8862. SUSSMAN ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. C. A. 3d Cir. Certiorari denied.

No. 02–8871. TAYLOR *v.* DUTT. Ct. Civ. App. Ala. Certiorari denied.

No. 02–8872. TOBIAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.